IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-30130
Summary Calendar
_____

UNITED STATES of AMERICA,

Plaintiff-Appellee,

versus

SANTIAGO SALINAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(96-CR-20021-1)

_____

May 28, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:*

Santiago Salinas pleaded guilty to conspiracy to possess cocaine with intent to distribute. He then filed a notice of appeal. Salinas' court-appointed trial counsel filed a motion for leave to withdraw on the ground that the appeal was frivolous because the appellant had entered a voluntary plea of guilty and the district court's denial of a downward departure was not reviewable on appeal. In his brief in support of his motion to withdraw, counsel demonstrated that he had conscientiously examined

*Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the record, and knew of no arguable issues which could be presented on appeal.

The Court advised the appellant of his right under <u>Anders v. California</u>, 386 U.S. 738 (1967) to answer counsel's motion by filing a response setting forth any points he claims are appealable. The appellant failed to submit any such brief or reply.

In conformity with the guidelines established by <u>Anders</u>, we have reviewed the record and are impelled to agree with counsel's characterization of the appeal as totally frivolous. Accordingly, we dismiss the appeal and grant counsel's motion to withdraw.

DISMISSED.